IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00701-BNB

DENNIS ALLEN WYLES,

    Plaintiff,

v.

JOHN P. LEOPOLD,
CAROL A. CHAMBERS,
JUSTIN BOGAN, and
JULIE CLARK,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

APR 1 7 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER

---

On April 7, 2008, the Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915.  Plaintiff was directed either to pay an initial partial filing fee of $10.00 or to show cause why he has no assets or no means to pay the initial partial fee by filing a current certified copy of his trust fund account statement.  On April 15, 2008, Plaintiff filed a one-page Pleading as opposed to paying the fee or submitting a current copy of his trust fund account statement.

In the Pleading, Mr. Wyles asserts that a "Sonar/E.N.G.I.N.E. operator" is using "technology as a BAR for the Order Directing Clerk to Commence Civil Action . . . . This operator is using this technology to inform, manipulate and cause upheaval.  The object is the Court order,' mandatory monthly payments or show cause, directed above why he has no assets." (Apr. 15, 2008, Pleading at 1.)  Plaintiff also contends in the Pleading that "non-payment of fees under these circumstances is not a justifiable judgement [sic]." (Apr. 15, 2008, Pleading at 1.)  The Pleading does not make sense.

Plaintiff also attached three DOC "Request for Interview" forms to the Pleading. The content of the forms is unrelated to Plaintiff's ability either to pay the initial partial filing fee or to show cause why he is not able to pay the initial partial filing fee.

Plaintiff has failed to comply with the Court's April 7, 2008, Order. Although Plaintiff's Pleading dated April 15, 2008, makes no sense and appears to indicate that Plaintiff does not understand the directives set forth in the Order of April 7, 2008, the Court notes that Plaintiff was able to submit to the Court his Complaint and a Motion seeking leave to proceed pursuant to 28 U.S.C. § 1915 along with a certified account statement. The Court, therefore, finds no reason why Plaintiff is not able to comply with the April 7 Order.

Again, Mr. Wyles is directed either to pay the $10.00 initial partial filing fee or to submit a current certified copy of his trust fund account statement showing why he is not able to pay the $10.00 fee. If Plaintiff fails to comply within the time allowed the Complaint and action will be dismissed without further notice. Accordingly, it is

ORDERED that Plaintiff shall either pay the $10.00 initial partial filing fee or file a current **certified copy** of his inmate trust fund account statement to show cause why he is not able to pay the $10.00 initial partial filing fee. It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to comply with this Order. If he fails to comply within thirty days the Complaint and action will be dismissed without further notice.

DATED April 17, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00701-BNB

Dennis Allen Wyles
Prisoner No. 63317
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _4/17/08_

GREGORY C. LANGHAM, CLERK

By: _____

                 Deputy Clerk